## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERESA CALSO, an Individual,<br><br>       Plaintiff,<br><br>    v.<br><br>WALMART INC., a Delaware Corporation; and DOES 1 through 100, inclusive,<br><br>       Defendant. | Case No. 5:25-cv-07476-NW<br>[*Assigned to Hon. Noel Wise*]<br><br>~~[PROPOSED]~~ **ORDER ON JOINT STIPULATION TO VACATE CASE MANAGEMENT AND PRETRIAL ORDER**<br><br>Action Filed:     July 31, 2025<br>Removal Filed:   September 4, 2025<br>Amended Complaint: March 24, 2026<br>Trial:          November 30, 2026 |

Case No. 5:25-cv-07476-NW

~~PROPOSED~~ ORDER

**[PROPOSED] ORDER ON JOINT STIPULATION TO VACATE CASE MANAGEMENT AND PRETRIAL ORDER**

After fully considering the joint stipulation of Plaintiff Teresa Calso and Defendant Sedgwick Claims Management Services, Inc., and good cause appearing therefore,

**IT IS HEREBY ORDERED THAT:**

The Parties' joint stipulation to vacate the Case Management and Pre-Trial Order is GRANTED.

A further case management conference shall be set for ___June 23, 2026 at 9:00 AM_____.

The Court makes the following additional orders:

_____

_____

_____

_____

**IT IS SO ORDERED.**

Dated: ___April 6, 2026_____   _____

Hon. Noel Wise
United States District Judge